A. K., Mother of A. K., Minor Child,

     Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

     Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1421

Opinion filed February 13, 2015.

An appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

A. K., pro se, Appellant.

Rebecca Kapusta, Interim General Counsel, Department of Children and Families, Tallahassee and Dwight O. Slater, Appellate Counsel, Children Legal Services, Tallahassee, for Appellee.  Kelley Schaeffer, Appellate Counsel, Guardian ad Litem Program, Tavares.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., BENTON, and THOMAS, JJ., CONCUR.